United States Bankruptcy Court
District of New Hampshire

In re:  
Patrick Shawn Broderick  
April M. Broderick  
     Debtors

Case No. 15-11666-BAH  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0102-1     User: gl     Page 1 of 1     Date Rcvd: Nov 10, 2015  
                         Form ID: 316     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2015.  
db/jdb       +Patrick Shawn Broderick,    April M. Broderick,    250 Ohio Ave.,    Manchester, NH 03104-5453

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2015                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2015 at the address(es) listed below:  
         Office of the U.S. Trustee    USTPRegion01.MR.ECF@usdoj.gov  
         Peter N. Tamposi    on behalf of Joint Debtor April M. Broderick peter@thetamposilawgroup.com, kfitzgerald@thetamposilawgroup.com  
         Peter N. Tamposi    on behalf of Debtor Patrick Shawn Broderick peter@thetamposilawgroup.com, kfitzgerald@thetamposilawgroup.com  
         Victor W. Dahar    vdahar.trustee@gmail.com,   vdahar@ecf.epiqsystems.com  
                                                                                                               TOTAL: 4

# UNITED STATES BANKRUPTCY COURT

District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101−1708

---

In re:                                                                                                  Bk. No. 15−11666−BAH
                                                                                                        Chapter 7
Patrick Shawn Broderick
April M. Broderick
    Debtors

---

## NOTICE OF DISMISSAL
## (CONTINGENT)

On October 29, 2015, a Chapter 7 Voluntary Petition was filed in this case (Doc. No. 1). As required by Administrative Order 5005−4, the attorney filing the document is required to submit a Declaration regarding Electronic Filing, LBF 5005−4 (the "Declaration"). It appears the Declaration was not submitted as required. The case cannot be administered without said Declaration. Accordingly, this case shall be dismissed for failure to submit said Declaration unless the Declaration is submitted on or before **December 1, 2015**.

Date: November 10, 2015                                             Bonnie L. McAlary, Clerk
                                                                    By: /s/ G. Llewellyn
                                                                    Deputy Clerk

Form ntcdisdec−316